UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 12-03476-CV-BCW |
| | ) |
| United States Currency in the | ) |
| Approximate Amount of $84,165.17, | ) |
| et al, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL OF CIVIL FORFEITURE ACTION**

Plaintiff United States of America and Claimants Bruce and Rendy Conant, by and through their attorney of record, hereby give notice of a joint stipulation of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). This action has been stayed by agreement of the parties since its inception. The parties have now entered into a plea agreement which will resolve the forfeiture matters. Therefore, all issues have been resolved in the corresponding criminal case.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By */s/ Cynthia J. Hyde*

Cynthia J. Hyde
Assistant United States Attorney
Mo. Bar. #34735
901 St. Louis, Suite 500
Springfield, MO 65806
(417) 831-4406 telephone
(417) 831-0078 facsimile
cynthia.hyde@usdoj.gov

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was filed on April 30, 2014, using the CM-ECF system of the United States District Court for the Western District of Missouri, for electronic delivery to all counsel of record.

                                      */s/ Cynthia J. Hyde*
                                      Cynthia J. Hyde
                                      Assistant United States Attorney